# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

David Alan Johnson
La Asst Attorney General
900 Murray Street Ste B-100B
Alexandria LA 71301

Jeannie C. Prudhomme
Asst. Attorney General
556 Jefferson St., 4th Floor
Lafayette LA 70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on August 28, 2024

## REHEARING ACTION: August 28, 2024

**Docket Number: 23   00291-CA**

**NOLAN METOYER**
**VERSUS**
**STATE OF LOUISIANA, DEPARTMENT OF AGRICULTURE**

**Appealed from Natchitoches Parish Case No. C-91677 B**

**BEFORE JUDGES:**

    **Hon. D. Kent Savoie**
    **Hon. Candyce G. Perret**
    **Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by the **State of Louisiana, through the Board of Supervisors of the Louisiana State University and Agricultural and Mechanical College** has this day been

    **GRANTED.**  (See majority opinion on rehearing also rendered this date.)

cc: David Thomas Butler, Jr., Counsel for the Appellee
    Edwin Dunahoe, Counsel for the Appellee